**Entered on Docket**
**June 25, 2010**

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Boris Avramski, Esq.
Nevada Bar No. 11350
AVRAMSKI LAW, PC
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:                                           )
                                                 )    CASE NO.: 09-28515-LBR
    **John Patrick Lee and**            )    CHAPTER 13
                                                 )
    **Jocelyn M Lee**                   )    HEARING DATE: 05/27/2010
                                                 )    HEARING TIME:  3:00 p.m.
        Debtor(s).              )

**ORDER GRANTING DEBTORS' MOTION TO VALUE COLLATERAL, "CRAM DOWN" AND MODIFY RIGHTS OF ARGENT MORTGAGE COMPANY LLC, RECONVEYED TO JP MORGAN CHASE BANK NATIONAL ASSOCIATION (INSTRUMENT N. 200505120000380) SERVICED BY HOMEQ SERVICING PURSUANT TO 11 U.S.C. §506(a) AND §1322(c)(2)**

    DEBTORS' MOTION TO VALUE COLLATERAL, "CRAM DOWN" AND MODIFY RIGHTS OF ARGENT MORTGAGE COMPANY LLC, RECONVEYED TO JP MORGAN CHASE BANK NATIONAL ASSOCIATION (INSTRUMENT N. 200505120000380) SERVICED BY HOMEQ SERVICING (Secured Creditor) PURSUANT TO 11 U.S.C. §506(a) AND §1322(c)(2), having been duly filed and served on Secured Creditor, having come before

1

this Court for hearing on the date and time set forth above with Debtors appearing by and through their legal counsel Boris A. Avramski, Esq., of the law firm of Avramski Law, PC, and Secured Creditor appearing by and through its attorney of record Gregory Wilde of the law firm of Wilde and Associates, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1) Secured Creditor's secured claim as to the real property located at 2009 S. 10th Street, Las Vegas, NV 89104, to be reduced to the Subject Property's market value as of the time of filing the instant Chapter 13 case of $55,000.00; and

2) The rate of interest to be paid on Secured Creditor 's secured claim to be set to 5.0% per year; and

3) The balance of Secured Creditor's claim shall be treated as unsecured for all purposes in this case, including the manner in which such claim is treated and paid in Debtor's chapter 13 plan; and

4) Should this case be converted to one under another chapter, 11 U.S.C. § 348(f) shall govern the continued validity of this order; and

///
///
///
///
///
///
///
///
///
///
///
///

2

5) Should this case be dismissed, 11 U.S.C. § 349(b)(1)-(3) shall govern the continuing validity of this order; and

Respectfully Submitted:

AVRAMSKI LAW, PC

By: /s/ Boris Avramski
**Boris A. Avramski, Esq.**
Attorney for Debtor(s)


**APPROVED / DISAPPROVED**


By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor


**APPROVED / DISAPPROVED**


By:_____
**Rick A. Yarnall**
Chapter 13 Trustee

3

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, the undersigned certifies:

_____The court waived the requirements of approval under LR 9021.

____X____ This is a chapter 7 or 13 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>Rick A.Yarnall<br>701 Bridger Avenue, Suite 820<br>Las Vegas, NV 89101 |  |  | X |
| SECURED CREDITOR:<br>WILDE & ASSOCIATES<br>Gregory L. Wilde, Esq.<br>212 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>bk@wildelaw.com |  |  | X |

    I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                             Respectfully Submitted:
                             /s/BORIS AVRAMSKI, ESQ.
                             Attorney for debtors