**Entered on Docket
December 03, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: **JOHN PATRICK LEE and JOCELYN M. LEE,** | ) ) ) ) ) | Case No. BK-S-09-28515-LBR Chapter 13 |
| Debtor(s). | ) ) ) ) ) | Evidentiary Hearing Date:  January 7, 2011 Time:  1:30 p.m. |

### ORDER SETTING EVIDENTIARY HEARING

A hearing having been on December 1, 2010 regarding the amended chapter 13 plan number #3 (Docket #83) and with good cause appearing;   .

IT IS HEREBY ORDERED that an evidentiary hearing regarding this matter will be held on January 7, 2011 at 1:30 p.m. before Bankruptcy Judge Linda B. Riegle in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

Briefs are due by December 30, 2010.

**IT IS SO ORDERED**.

Copies noticed through ECF to:
Boris A Avramski
Rick A. Yarnall

Copies noticed through mail to:
Benjamin M. Chambliss
7401 W. Charleston Blvd.

1
2
3   Las Vegas, NV 89117
4   Matthew K. Schriever
    208 S. Jones Blvd.
    Las Vegas, NV 89107
5
6   John Patrick and Jocelyn M. Lee
    701 Owl Place
    Las Vegas, NV 89145
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26